**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **TRI-CITIES HOLDINGS LLC, JANE DOE NOS. 1-2,** ) <br> **and JOHN DOE NOS. 1-6,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **TENNESSEE ADMINISTRATIVE PROCEDURES** ) <br> **DIVISION,** *et al.*, ) <br> ) <br>     **Defendants.** ) | **Civil Action No. 3:14-cv-01197** <br> **Judge Campbell** <br> **Magistrate Judge Griffin** |

---

## JOINT STATUS REPORT

---

The parties submit this Joint Status Report at the request of the Magistrate Judge, in order to advise the Court of the status of two (2) parallel State proceedings:

1) On Tuesday, July 8, 2014, a status conference was held by newly-appointed Administrative Judge Thomas Stovall in administrative agency contested case hearing proceedings before the Tennessee Health Services and Development Agency concerning Plaintiff Tri-Cities Holdings' ("TCH's") application for a Certificate of Need. Judge Stovall ordered that the contested case hearing - scheduled to commence on July 29, 2014 – be continued for a short period to allow a ruling in TCH's Davidson County Chancery Court appeal of the administrative agency revocation of the *pro hac vice* admission of TCH's counsel, James Dunlap, Jr., by the Defendant, Administrative Judge D. Kim Summers. Judge Stovall provided available dates in August (*i.e.*, the weeks of August 11, August 25 and August 20 through 22) and the week of September 2, 2014, for the rescheduling of the hearing. He directed that the parties check their experts' calendars and

1

submit for his signature, no later than July 10, 2014, a scheduling order with an agreed upon hearing date.

    2)  The hearing on oral argument of TCH's Davidson County Chancery Court appeal of the revocation of Mr. Dunlap's *pro hac vice* admission has been set on July 30, 2014.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter

s/Sue A.Sheldon
SUE A. SHELDON (TN BPR # 015295)
Senior Counsel
SARA E. SEDGWICK (TN BPR # 4336)
Senior Counsel
P.O. Box 20207
Nashville, TN 37202
(615) 741-2640
Counsel for Defendants


s/James A. Dunlap, Jr.
JAMES A. DUNLAP JR., ESQ.
JAMES A. DUNLAP JR. & ASSOCIATES LLC
310 Windsor Gate Cove NE
Atlanta, Georgia 30342
(404) 354-2363

Rick Piliponis, Esq. (TN BPR # 016249)
THE HIGGINS FIRM PLLC
525 Fourth Avenue, South
Nashville, Tennessee 37210
(615) 353-0930
Counsel for Plaintiffs

2